# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAWUD BEST,                                )<br>                                                            )<br>     *Plaintiff*,                                     )<br>                                                            )<br>     v.                                                   )<br>                                                            )<br>VERIZON COMMUNICATIONS, INC.,  )<br>     *et al.*,                                          )<br>                                                            )<br>     *Defendants*.                               )<br>_____) | Case No: 1:21-cv-00093-CJN |

## NOTICE OF APPEARANCE OF SERINE CONSOLINO ON BEHALF OF
## <u>NON-PARTY VERIZON COMMUNICATIONS INC.</u>

PLEASE TAKE NOTICE that undersigned attorney Serine Consolino of Aegis Law Group LLP hereby enters her appearance as counsel for Verizon Communications Inc. in the above-captioned proceeding.

Dated:  April 2, 2021

Respectfully submitted,

**AEGIS LAW GROUP LLP**

/s/ *Serine Consolino*
Serine Consolino (D.C. Bar No. 1033847)
801 Pennsylvania Ave., N.W.
Suite 740
Washington, D.C. 20004
Phone: (202) 737-3500
sconsolino@aegislawgroup.com

1