IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAWUD BEST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:21-cv-00093-CJN ) |
| VERIZON COMMUNICATIONS INC., *et al.*, | ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANT CAPITAL ONE'S NOTICE OF NON-OPPOSITION**

On January 13, 2022, Plaintiff filed his Motion for Leave to File a Third Amended Complaint (the "Motion"). As noted in the Motion, Plaintiff did not seek the consent of the Capital One prior to the filing of the Motion. (*See* ECF No. 55 at ¶ 7). No reason is provided for this failure to confer. (*See id.*) In any case, Defendants Capital One Bank (USA), N.A. and Capital One, N.A. (together, "Capital One") have reviewed the proposed Third Amended Complaint. Capital One does not oppose the Motion because none of the proposed amendments relate to Plaintiff's allegations against Capital One. Capital One's non-opposition should not, however, be interpreted as an admission of any allegations contained in the Motion or proposed Third Amended Complaint. Capital One will appropriately respond to the Third Amended Complaint if leave to file is granted.

Dated: January 27, 2022                                  Respectfully submitted,

*/s/ A. Wolfgang McGavran*
A. Wolfgang McGavran, D.C. Bar No. 241891
McGuireWoods LLP
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
Telephone:  202-857-2471
Facsimile:  202-828-2971
wmcgavran@mcguirewoods.com

*Counsel for Capital One Bank (USA), N.A. and Capital One, N. A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January 2022, a true and correct copy of the foregoing was served upon all parties or counsel of record via this Court's CM/ECF system.

> */s/ A. Wolfgang McGavran*
> A. Wolfgang McGavran, D.C. Bar No. 241891